NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HORACE O. BRENT, SR.,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3072

---

Petition for review of the Merit Systems Protection Board in No. CH0752100944-I-1.

---

## JUDGMENT

---

STEVEN J. PLOTKIN, Law Office of Steven J. Plotkin, of Evanston, Illinois, argued for petitioner.

JANE WALLACE VANNEMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and MARTIN F. HOCKEY, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 24, 2014        /s/  Daniel  E.  O'Toole
Date                   Daniel E. O'Toole
                       Clerk of Court